SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES



# Court of Appeals
# First District of Texas
## 301 Fannin Street
## Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx

May 22, 2015

Khristel L. Samarripa
Admin. Asst. II
Office of the Attorney General
Criminal Appeals Division
William P. Clements Bldg. 8th Floor
300w. 15th Street
Austin, Texas 78701
khristel.samarripa@texasattorneygeneral.gov
(512) 475-3321

**RE:** **Court of Appeals Number:** 01-12-00888-CR Trial **Court Case Number:** 1359172

**Style:** Ricky Barnard Justice v. The State of Texas

We are forwarding the records for the above referenced cause via the FTP site.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Jesse Rodriguez, Deputy Clerk IV